## UNITED SERVICES AUTOMOBILE ASSOCIATION, Appellant,

v.

### Edwin HOWE, Russell S. Johnson, Joseph W. Johnson and Great Northern Insurance Company, Appellees.

No. 17344.

United States Court of Appeals
Eighth Circuit.

Sept. 23, 1963.

Rehearing Denied Oct. 21, 1963.

For prior opinion see 208 F.Supp. 683.

Peter F. Walstad, Minneapolis, Minn., made argument for appellant; Clarance Hagglund, Minneapolis, Minn., on the brief.

J. W. Cragg, Minneapolis, Minn., made argument for Great Northern Ins. Co. and was on the brief.

Before SANBORN and MATTHES, Circuit Judges, and ROBINSON, District Judge.

PER CURIAM.

This appeal was taken out of time and is without merit. The motion of the appellees to dismiss the appeal is granted. Appeal dismissed.

## William Henry FRISON, Appellant,

v.

### UNITED STATES of America, Appellee.

No. 7395.

United States Court of Appeals
Tenth Circuit.

Oct. 1, 1963.

G. E. Oppenneer, Denver, Colo. (Grant, Shafroth, Toll & McHenrie, Denver, Colo., were with him on the brief), for appellant.

Donald P. MacDonald, Asst. U. S. Atty. (Lawrence M. Henry, U. S. Atty., was with him on the brief), for appellee.

Before LEWIS, HILL and SETH, Circuit Judges.

PER CURIAM.

Appellant, having been convicted of an offense against the United States from which judgment no appeal was taken, seeks to have produced at government expense the transcript of the trial proceedings and other documents because he "is going to make a collateral attack upon his conviction pursuant to the provisions of Section 2255, Title 28 U.S.C.A. * * * " The trial court denied the application.

The judgment is affirmed for the reasons stated in Prince v. United States, 10 Cir., 312 F.2d 252; Pearson v. United States, 10 Cir., 313 F.2d 868; Lingo v. United States, 10 Cir., 320 F.2d 260.